[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Luis Herrera, Juan Gonzalez Ruiz, and Andy Herrera, on Behalf of Themselves and on Behalf of All Others Similarly Situated,　　　　Plaintiff(s),

v.

EOS IT Management Solutions, Inc., and EOS Unified Solutions, Inc.

　　　　Defendant(s).

Case No: 5:20-cv-01093

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Don J. Foty, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all plaintiffs in the above-entitled action. My local co-counsel in this case is Matthew S. Parmet, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 4409 Montrose Blvd., Suite 200<br>Houston, TX 77006 | 340 S. Lemon Ave. #1228<br>Walnut, CA 91789 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| 713-523-0001 | 713-999-5228 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| dfoty@hftrialfirm.com | matt@parmet.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24050022.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

　　　　　　　　　　　　　　　　　　　　/s/ Don J. Foty
　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Don J. Foty is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 12, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Susan van Keulen
　　　　　　　　　　　　　　　　　　　　UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE