UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS HERRERA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EOS IT MANAGEMENT SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 20-CV-01093-LHK<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT**<br><br>Re: Dkt. No. 68 |

Based on the Plaintiffs' filings, ECF No. 68; the parties' December 16, 2021 oral argument; and Plaintiffs' supplemental declaration, ECF No. 73, as well as the relevant law and the record in this case, the Court GRANTS the Unopposed Motion for Approval of Fair Labor Standards Act Collective Action Settlement.[1]

Therefore, it is ORDERED THAT:

---

[1] Plaintiffs' motion for approval of Fair Labor Standards Act Collective Action Settlement contains a notice of motion that is separately paginated from the points and authorities in support of the motion. Civil Local Rule 7-2(b) requires that the notice of motion and the points and authorities in support of the motion be contained in one document with the same pagination for a total of no more than 25 pages. See Civ. Loc. R. 7-2(b).

1
Case No. 20-CV-01093-LHK
ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT

1. The Court has subject matter jurisdiction to approve the Settlement Agreement, including all Exhibits thereto, and to enter this Order. Without in any way affecting the finality of this Order, this Court hereby retains jurisdiction as to all matters relating to administration, consummation, enforcement, and interpretation of the Settlement Agreement and of this Order, and for any other necessary purpose.

2. Based on the parties' filings and oral arguments as well as the relevant law and the record in this case, the settlement was reached as a result of contested litigation and is a fair and reasonable resolution of a *bona fide* dispute between the parties. Therefore, the Settlement is APPROVED.

3. The Court further finds that the attorney's fees, costs, service award, and expenses for claims administration are fair and reasonable and are APPROVED by the Court.

4. This Action, including all claims presented herein, is hereby dismissed with prejudice, without fees or costs to any party except as otherwise provided herein. The parties shall administer the settlement of the claims as set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 20, 2021

_____
LUCY H. KOH
United States Circuit Judge[2]

---

[2] Sitting by designation on the United States District Court for the Northern District of California.