UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS HERRERA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EOS IT MANAGEMENT SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 20-CV-01093-LHK<br><br>**JUDGMENT** |

On December 20, 2021, the Court granted Plaintiffs' Unopposed Motion for Approval of Fair Labor Standards Act Collective Action Settlement. ECF No. 75. Judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 20, 2021

*Lucy H. Koh*
LUCY H. KOH
United States Circuit Judge[1]

---

[1] Sitting by designation on the United States District Court for the Northern District of California.

Case No. 20-CV-01093-LHK
JUDGMENT